UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

**DATE:** February 16, 2006

**REPLY TO ATTN OF:** Travis Lyons *TL*
U.S. Probation/Pretrial Services Officer

**SUBJECT:** Kil Young Chu A04-021-2 CR (RRB)

**TO:** The Honorable Ralph R. Beistline
U.S. District Court Judge

On January 6, 2006, probation services requested an arrest warrant be issued for the above named defendant. This request was made as the defendant separated from his wife and failed to disclose his current address. The probation office investigated the matter and received information that the defendant had returned to Korea.

On February 16, 2006, the defendant appeared at the U.S. Probation Office to provide proof of completing his financial obligations. The defendant was admonished for failing to disclose his address and his new address was obtained.

Considering the defendant is still in the Anchorage area and is now fully aware that he needs to keep the probation officer informed of his whereabouts, the probation officer requests that the warrant for the defendant's arrest issued January 6, 2006, be quashed.

__✓__ Quash arrest warrant issued January 6, 2006.

_____ Have the defendant arrested and arraigned on warrant.

_____ Other

Ralph R. Beistline
U.S. District Court Judge